UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joshua James Russell,                              Civil 10-2620 JNE/FLN

       Plaintiff,

   v.                                            O R D E R

Regents of the University of
Minnesota,

       Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated August 4, 2010, all the files and

records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

     1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is

**DENIED**;

     2.  This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)

(B)(ii).

     LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: <u>8-30</u>, 2010.                  s/ Joan N. Ericksen_____
at Minneapolis, Minnesota                  JUDGE JOAN N. ERICKSEN
                                United States District Court